UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIAN AROCHO,

    Petitioner,

v.                                                    Case No.: 2:16-cv-910-FtM-38MRM

SECRETARY, DOC and FLORIDA
ATTORNEY GENERAL,

    Respondents.
_____/

## OPINION AND ORDER[1]

Before the Court is Petitioner Julian Arocho's Motion for Leave to Appeal *In Forma Pauperis* (Doc. 24) filed on August 16, 2019. On July 17, 2019, the Court entered an Order denying Plaintiff's Motion for a Certificate of Appealability. (Doc. 23).

Pursuant to Rule 24(a) of the Federal Rules of Appellate Procedure, Petitioner's appeal is not taken in good faith and he will be required to pay the $505.00 appellate filing and docketing fees. *See also McIntosh v. United State Parole Comm.*, 115 F.3d 809, 812 (10th Cir. 1997) (Petitioner must demonstrate "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal."). Petitioner has not identified any meritorious issues to raise on appeal. Because the Court has certified

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

that this appeal is not taken in good faith, any request to proceed *in forma pauperis* should be sent directly to the Eleventh Circuit Court of Appeals. *See* Fed. R. App. P. 24(a)(5).

Accordingly, it is now

**ORDERED**:

Petitioner's Julian Arocho's Motion for Leave to Appeal *In Forma Pauperis* (Doc. 24) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of October 2019.

                                                    SHERI POLSTER CHAPPELL
                                                  UNITED STATES DISTRICT JUDGE

SA: FTMP-2
Copies: All Parties of Record